# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Arthur L. Johnson,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Dr. Ortiz, et al.,<br><br>　　　　Defendants. | No. CV 1-08-1183-DCB-P<br><br>**ORDER** |

Based on the Court's previous Order dismissing claims that do not comply with the Government Claims Act requirements,

IT IS ORDERED that the service order directed to the U.S. Marshal's Office with reference to Defendants Vilaysane, Diep and Castillo is VACATED.

DATED this 8th day of July, 2010.

David C. Bury
United States District Judge