# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Arthur Lee Johnson, | CV-1-08-1183-DCB  P |
| Plaintiff, | **ORDER** |
| vs. | |
| E. Doehring, et al., | |
| Defendants. | |

Plaintiff filed an Ex Parte Motion to Amend Fourth Amended Complaint. This is a substantive motion that the Defendants will be allowed to respond to. There is no reason to not inform the Defendants of the contents of this motion.

IT IS ORDERED that the Motions for Extension of Time (Docs. 53, 70) are denied as moot. Plaintiff has filed his responses to the pending motions for summary judgment.

IT IS ORDERED that Plaintiff's Motion for Expert Witness Cardiologist (Doc. 71) is denied without prejudice at this time.

DATED this 22nd day of July, 2011.

David C. Bury
United States District Judge